**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-23007-rdd<br><br>Jointly Administered |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,<br>　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>PEPSICO, INC.; BOTTLING GROUP, LLC (d/b/a Pepsi Beverages Company and f/d/b/a The Pepsi Bottling Group); FRITO-LAY NORTH AMERICA, INC.; PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC.; PEPSI-COLA HASBROUCK HEIGHTS; PEPSI-COLA BOTTLING COMPANY; QUAKER SALES AND DISTRIBUTION, INC.; MULLER QUAKER DAIRY, LLC; STACY'S PITA CHIP COMPANY, INC.; PEPSI BOTTLING GROUP, NJ; and PEPSI USA,<br>　　　　　　　　Defendants. | Adv. Pro. No. 18-8245-rdd |

**STIPULATION AND ORDER EXTENDING**
**TIME TO RESPOND TO COMPLAINT**

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this adversary proceeding, that the above-named Defendants' time to answer, move, or otherwise respond to the Amended Complaint, filed April 23, 2018, is hereby extended through June 22, 2018.

---

[1] The Debtors are: 2008 Broadway, Inc.; The Great Atlantic & Pacific Tea Company, Inc.; A&P Live Better, LLC; A&P Real Property, LLC; APW Supermarket Corporation; APW Supermarkets, Inc.; Borman's, Inc.; Delaware County Dairies, Inc.; Food Basics, Inc.; Kwik Save Inc.; McLean Avenue Plaza Corp.; Montvale Holdings, Inc.; Montvale-Para Holdings, Inc.; Onpoint, Inc.; Pathmark Stores, Inc.; Plainbridge LLC; Shopwell, Inc.; Super Fresh Food Markets, Inc.; The Old Wine Emporium of Westport, Inc.; Tradewell Foods of Conn., Inc.; and Waldbaum, Inc.

Dated: May 18, 2018

| | |
|---|---|
| /s/ David N. Crapo | /s/ Jeffrey Chubak |
| David N. Crapo | Jeffrey Chubak |
| Philip J. Duffy | STORCH AMINI PC |
| GIBBONS P.C. | 140 East 45th Street, 25th Floor |
| One Gateway Center | New York, New York 10017 |
| Newark, New Jersey 07102 | (212) 490-4100 |
| (973) 596-4500 | jchubak@storchamini.com |
| dcrapo@gibbonslaw.com | |
| pduffy@gibbonslaw.com | - and - |
| | |
| *Attorneys for Plaintiff* | Joseph D. Frank |
| | Jeremy C. Kleinman |
| | FRANKGECKER LLP |
| | 325 North LaSalle Street, Suite 625 |
| | (312) 276-1400 |
| | jfrank@fgllp.com |
| | jkleinman@fgllp.com |
| | |
| | *Attorneys for Defendants* |

SO ORDERED this 18th day of May, 2018

/s/Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Judge

2