**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 15-23007 (RDD)<br><br>(Jointly Administered) |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*,<br><br>                    Plaintiff,<br><br>        v.<br><br>PEPSICO, INC; BOTTLING GROUP, LLC (d/b/a PEPSI BEVERAGES COMPANY and f/d/b/a THE PEPSI BOTTLING GROUP); FRITO-LAY NORTH AMERICA, INC.; PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC.; PEPSI-COLA HASBROUCK HEIGHTS; PEPSI-COLA BOTTLING COMPANY; QUAKER SALES AND DISTRIBUTION, INC.; MULLER QUAKER DAIRY, LLC; STACY'S PITA CHIP COMPANY, INC.; and PEPSI BOTTLING GROUP, NJ; and PEPSI USA,<br><br>                    Defendants. | Adv. Proc. No. 18-08245 (RDD) |

**STIPULATION AND ORDER EXTENDING**
**TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties to this adversary proceeding, that the above-named Defendants' time to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 19 Spear Road, Suite 310, Ramsey, New Jersey 07446.

answer, move, or otherwise respond to the First Amended Complaint, filed April 23, 2018, is hereby extended through July 25, 2018.

Dated: June 18, 2018

| | |
|---|---|
| /s/ David N. Crapo | /s/ Jeffrey Chubak |
| David N. Crapo | Jeffrey Chubak |
| Philip J. Duffy | **STORCH AMINI PC** |
| **GIBBONS P.C**. | 140 East 45th Street, 25th Floor |
| One Gateway Center | New York, New York 10017 |
| Newark, New Jersey 07102 | (212) 490-4100 |
| (973) 596-4500 | jchubak@storchamini.com |
| dcrapo@gibbonslaw.com | |
| pduffy@gibbonslaw.com | - and - |
| | |
| *Attorneys for Plaintiff* | Joseph D. Frank (admitted *pro hac vice*) |
| | Jeremy C. Kleinman (admitted *pro hac vice*) |
| | **FRANKGECKER LLP** |
| | 325 North LaSalle Street, Suite 625 |
| | (312) 276-1400 |
| | jfrank@fgllp.com |
| | jkleinman@fgllp.com |
| | |
| | *Attorneys for Defendants* |

**SO ORDERED** this 19th day of June, 2018

**/s/Robert D. Drain**
Honorable Robert D. Drain
United States Bankruptcy Judge