UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-23007-rdd<br><br>Jointly Administered |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,<br>　　　　　　　　Plaintiff,<br><br>　- against -<br><br>PEPSICO, INC.; BOTTLING GROUP, LLC (d/b/a Pepsi Beverages Company and f/d/b/a The Pepsi Bottling Group); FRITO-LAY NORTH AMERICA, INC.; PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC.; PEPSI-COLA HASBROUCK HEIGHTS; PEPSI-COLA BOTTLING COMPANY; QUAKER SALES AND DISTRIBUTION, INC.; MULLER QUAKER DAIRY, LLC; STACY'S PITA CHIP COMPANY, INC.; PEPSI BOTTLING GROUP, NJ; and PEPSI USA,<br>　　　　　　　　Defendants. | Adv. Pro. No. 18-8245-rdd |

**STIPULATION AND ORDER FURTHER EXTENDING
TIME TO RESPOND TO AMENDED COMPLAINT**

WHEREAS, Defendants' deadline to respond to the First Amended Complaint, filed April 23, 2018, is August 8, 2018, pursuant to the Stipulation and Order, entered July 27, 2018; and

WHEREAS, Plaintiff has represented that it intends to file a Second Amended Complaint, pursuant to Rule 15(a).

---

[1] The Debtors are: 2008 Broadway, Inc.; The Great Atlantic & Pacific Tea Company, Inc.; A&P Live Better, LLC; A&P Real Property, LLC; APW Supermarket Corporation; APW Supermarkets, Inc.; Borman's, Inc.; Delaware County Dairies, Inc.; Food Basics, Inc.; Kwik Save Inc.; McLean Avenue Plaza Corp.; Montvale Holdings, Inc.; Montvale-Para Holdings, Inc.; Onpoint, Inc.; Pathmark Stores, Inc.; Plainbridge LLC; Shopwell, Inc.; Super Fresh Food Markets, Inc.; The Old Wine Emporium of Westport, Inc.; Tradewell Foods of Conn., Inc.; and Waldbaum, Inc.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this adversary proceeding, that Defendants' time to answer, move, or otherwise respond to the First Amended Complaint is hereby extended through August 22, 2018.

Dated: August 7, 2018

/s/ David N. Crapo
David N. Crapo
Philip J. Duffy
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
dcrapo@gibbonslaw.com
pduffy@gibbonslaw.com

*Attorneys for Plaintiff*

/s/ Jeffrey Chubak
Jeffrey Chubak
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
jchubak@storchamini.com

- and -

Joseph D. Frank (admitted pro hac vice)
Jeremy C. Kleinman (admitted pro hac vice)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
(312) 276-1400
jfrank@fgllp.com
jkleinman@fgllp.com

*Attorneys for Defendants*

SO ORDERED this 7th day of August, 2018

/s/Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Judge