**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-23007-rdd<br><br>Jointly Administered |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,<br>Plaintiff,<br><br>- against -<br><br>PEPSICO, INC.; BOTTLING GROUP, LLC (d/b/a Pepsi Beverages Company and f/d/b/a The Pepsi Bottling Group); FRITO-LAY NORTH AMERICA, INC.; PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC.; PEPSI-COLA HASBROUCK HEIGHTS; PEPSI-COLA BOTTLING COMPANY; QUAKER SALES AND DISTRIBUTION, INC.; MULLER QUAKER DAIRY, LLC; STACY'S PITA CHIP COMPANY, INC.; PEPSI BOTTLING GROUP, NJ; and PEPSI USA,<br>Defendants. | Adv. Pro. No. 18-8245-rdd |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO SECOND**
**AMENDED COMPLAINT AND AMENDING ADVERSARY PROCEEDING CAPTION**

WHEREAS, on August 7, 2018, Plaintiff, PepsiCo, Inc., and Pepsi-Cola Bottling Company of New York, Inc. filed a stipulation under which Plaintiff agreed to dismiss certain causes of action asserted in the First Amended Complaint;

WHEREAS, on August 17, 2018 Plaintiff filed a Second Amended Complaint, the caption of which omits Pepsi-Cola Metropolitan Bottling Company, Inc., Pepsi-Cola Hasbrouck

---

[1] The Debtors are: 2008 Broadway, Inc.; The Great Atlantic & Pacific Tea Company, Inc.; A&P Live Better, LLC; A&P Real Property, LLC; APW Supermarket Corporation; APW Supermarkets, Inc.; Borman's, Inc.; Delaware County Dairies, Inc.; Food Basics, Inc.; Kwik Save Inc.; McLean Avenue Plaza Corp.; Montvale Holdings, Inc.; Montvale-Para Holdings, Inc.; Onpoint, Inc.; Pathmark Stores, Inc.; Plainbridge LLC; Shopwell, Inc.; Super Fresh Food Markets, Inc.; The Old Wine Emporium of Westport, Inc.; Tradewell Foods of Conn., Inc.; and Waldbaum, Inc.

Heights, and Pepsi-Cola Bottling Company as named Defendants, and which does not otherwise assert a cause of action against or refer to those entities; and

WHEREAS, Plaintiff has agreed to extend Defendants' time to answer or otherwise respond to the Second Amended Complaint under Rule 15(a)(3) through September 7, 2018.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties to this adversary proceeding, and subject to Court approval, that:

1. Defendants' time to answer or otherwise respond to the Second Amended Complaint is hereby extended through September 7, 2018.

2. To reflect the present alignment of the parties, Pepsi-Cola Metropolitan Bottling Company, Inc., Pepsi-Cola Hasbrouck Heights, and Pepsi-Cola Bottling Company shall be removed from the docket sheet as named Defendants, and the caption for this adversary proceeding shall be modified as follows:

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-23007-rdd<br><br>Jointly Administered |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,<br>         Plaintiff,<br><br>   - against -<br><br>PEPSICO, INC.; BOTTLING GROUP, LLC (d/b/a Pepsi Beverages Company and f/d/b/a The Pepsi Bottling Group); FRITO-LAY NORTH AMERICA, INC.; QUAKER SALES AND DISTRIBUTION, INC.; MULLER QUAKER DAIRY, LLC; STACY'S PITA CHIP COMPANY, INC.; PEPSI BOTTLING GROUP, NJ; and PEPSI USA,<br>         Defendants. | Adv. Pro. No. 18-8245-rdd |

2

Dated: August 17, 2018

/s/ David N. Crapo
David N. Crapo
Philip J. Duffy
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
dcrapo@gibbonslaw.com
pduffy@gibbonslaw.com

*Attorneys for Plaintiff*

/s/ Jeffrey Chubak
Jeffrey Chubak
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
jchubak@storchamini.com

- and -

Joseph D. Frank (admitted pro hac vice)
Jeremy C. Kleinman (admitted pro hac vice)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
(312) 276-1400
jfrank@fgllp.com
jkleinman@fgllp.com

*Attorneys for Defendants*

SO ORDERED this 20th day of August, 2018

/s/Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Judge