**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-23007-rdd<br><br>Jointly Administered |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,<br>　　　　　　Plaintiff,<br><br>　　- against -<br><br>PEPSICO, INC.; BOTTLING GROUP, LLC (d/b/a Pepsi Beverages Company and f/d/b/a The Pepsi Bottling Group); FRITO-LAY NORTH AMERICA, INC.; QUAKER SALES AND DISTRIBUTION, INC.; MULLER QUAKER DAIRY, LLC; STACY'S PITA CHIP COMPANY, INC.; PEPSI BOTTLING GROUP, NJ; and PEPSI USA,<br>　　　　　　Defendants. | Adv. Pro. No. 18-8245-rdd |

## NOTICE OF ADJOURNMENT OF INITIAL PRETRIAL CONFERENCE

PLEASE TAKE NOTICE that on consent of the parties to this adversary proceeding, the initial pretrial conference scheduled for September 13, 2018 at 10:00 a.m. has been adjourned to October 11, 2018 at 10:00 a.m.

---

[1] The Debtors are: 2008 Broadway, Inc.; The Great Atlantic & Pacific Tea Company, Inc.; A&P Live Better, LLC; A&P Real Property, LLC; APW Supermarket Corporation; APW Supermarkets, Inc.; Borman's, Inc.; Delaware County Dairies, Inc.; Food Basics, Inc.; Kwik Save Inc.; McLean Avenue Plaza Corp.; Montvale Holdings, Inc.; Montvale-Para Holdings, Inc.; Onpoint, Inc.; Pathmark Stores, Inc.; Plainbridge LLC; Shopwell, Inc.; Super Fresh Food Markets, Inc.; The Old Wine Emporium of Westport, Inc.; Tradewell Foods of Conn., Inc.; and Waldbaum, Inc.

| | |
|---|---|
| Dated: September 4, 2018<br>New York, New York | /s/ Jeffrey Chubak<br>Jeffrey Chubak<br>STORCH AMINI PC<br>140 East 45th Street, 25th Floor<br>New York, New York 10017<br>(212) 490-4100<br>jchubak@storchamini.com<br><br>- and -<br><br>Joseph D. Frank (admitted pro hac vice)<br>Jeremy C. Kleinman (admitted pro hac vice)<br>FRANKGECKER LLP<br>325 North LaSalle Street, Suite 625<br>(312) 276-1400<br>jfrank@fgllp.com<br>jkleinman@fgllp.com<br><br>*Attorneys for Defendants* |