UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-23007-rdd<br><br>Jointly Administered |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,<br>　　　　　　　　Plaintiff,<br><br>- against -<br><br>PEPSICO, INC.; BOTTLING GROUP, LLC (d/b/a Pepsi Beverages Company and f/d/b/a The Pepsi Bottling Group); FRITO-LAY NORTH AMERICA, INC.; QUAKER SALES AND DISTRIBUTION, INC.; MULLER QUAKER DAIRY, LLC; STACY'S PITA CHIP COMPANY, INC.; PEPSI BOTTLING GROUP, NJ; and PEPSI USA,<br>　　　　　　　　Defendants. | Adv. Pro. No. 18-8245-rdd |

**STIPULATION AND ORDER FURTHER EXTENDING
TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties' undersigned counsel, that Defendants' time to answer or otherwise respond to the Second Amended Complaint, filed August 17, 2018, is hereby extended through September 28, 2018.

---

[1] The Debtors are: 2008 Broadway, Inc.; The Great Atlantic & Pacific Tea Company, Inc.; A&P Live Better, LLC; A&P Real Property, LLC; APW Supermarket Corporation; APW Supermarkets, Inc.; Borman's, Inc.; Delaware County Dairies, Inc.; Food Basics, Inc.; Kwik Save Inc.; McLean Avenue Plaza Corp.; Montvale Holdings, Inc.; Montvale-Para Holdings, Inc.; Onpoint, Inc.; Pathmark Stores, Inc.; Plainbridge LLC; Shopwell, Inc.; Super Fresh Food Markets, Inc.; The Old Wine Emporium of Westport, Inc.; Tradewell Foods of Conn., Inc.; and Waldbaum, Inc.

Dated: September 4, 2018

| | |
|---|---|
| /s/ David N. Crapo | /s/ Jeffrey Chubak |
| David N. Crapo | Jeffrey Chubak |
| Philip J. Duffy | STORCH AMINI PC |
| GIBBONS P.C. | 140 East 45th Street, 25th Floor |
| One Gateway Center | New York, New York 10017 |
| Newark, New Jersey 07102 | (212) 490-4100 |
| (973) 596-4500 | jchubak@storchamini.com |
| dcrapo@gibbonslaw.com | |
| pduffy@gibbonslaw.com | - and - |
| | |
| *Attorneys for Plaintiff* | Joseph D. Frank (admitted pro hac vice) |
| | Jeremy C. Kleinman (admitted pro hac vice) |
| | FRANKGECKER LLP |
| | 325 North LaSalle Street, Suite 625 |
| | (312) 276-1400 |
| | jfrank@fgllp.com |
| | jkleinman@fgllp.com |
| | |
| | *Attorneys for Defendants* |

SO ORDERED this 5th day of September, 2018

/s/Robert D. Drain

Honorable Robert D. Drain
United States Bankruptcy Judge