Jeffrey Chubak
AMINI LLC
116 West 23rd Street, Suite 500
New York, New York 10011
(212) 497-8247
jchubak@aminillc.com
- and -
Joseph D. Frank (admitted *pro hac vice*)
Jeremy C. Kleinman (admitted *pro hac vice*)
FRANKGECKER LLP
1327 West Washington Boulevard, Suite 5G-H
Chicago, Illinois 60607
(312) 276-1400
jfrank@fgllp.com
jkleinman@fgllp.com
*Attorneys for the Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-23007-rdd<br><br>Jointly Administered |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>PEPSICO, INC.; BOTTLING GROUP, LLC (d/b/a Pepsi Beverages Company and f/d/b/a The Pepsi Bottling Group); FRITO-LAY NORTH AMERICA, INC.; QUAKER SALES AND DISTRIBUTION, INC.; MULLER QUAKER DAIRY, LLC; STACY'S PITA CHIP COMPANY, INC.; PEPSI BOTTLING GROUP, NJ; and PEPSI USA,<br>Defendants. | Adv. Pro. No. 18-8245-rdd<br><br>**NOTICE OF APPEAL** |

---

[1] The Debtors are: 2008 Broadway, Inc.; The Great Atlantic & Pacific Tea Company, Inc.; A&P Live Better, LLC; A&P Real Property, LLC; APW Supermarket Corporation; APW Supermarkets, Inc.; Borman's, Inc.; Delaware County Dairies, Inc.; Food Basics, Inc.; Kwik Save Inc.; McLean Avenue Plaza Corp.; Montvale Holdings, Inc.; Montvale-Para Holdings, Inc.; Onpoint, Inc.; Pathmark Stores, Inc.; Plainbridge LLC; Shopwell, Inc.; Super Fresh Food Markets, Inc.; The Old Wine Emporium of Westport, Inc.; Tradewell Foods of Conn., Inc.; and Waldbaum, Inc.

The above-named Defendants hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158 and Rules 8002 and 8004, from the *Order Denying Defendants' Motion for Summary Judgment on Counts One Through Four and Partial Summary Judgment on Counts Five Through Twenty-Five of the Second Amended Complaint*, entered January 2, 2020 (ECF No. 49). A copy of the Order, and the transcript of the hearing referred to therein, are annexed hereto as Exhibits 1-2, respectively. The parties to this appeal and their respective attorneys are:

| Plaintiffs | Defendants |
|---|---|
| The Great Atlantic & Pacific Tea Company, Inc.; | PepsiCo, Inc.; |
| 2008 Broadway, Inc.; | Bottling Group, LLC |
| A&P Live Better, LLC; | (d/b/a Pepsi Beverages Company and f/d/b/a The Pepsi Bottling Group); |
| A&P Real Property, LLC; | Frito-Lay North America, Inc.; |
| APW Supermarket Corporation; | Quaker Sales and Distribution, Inc.; |
| APW Supermarkets, Inc.; | Muller Quaker Dairy, LLC; |
| Borman's, Inc.; | Stacy's Pita Chip Company, Inc; |
| Delaware County Dairies, Inc.; | Pepsi Bottling Group, NJ; and |
| Food Basics, Inc.; | Pepsi USA |
| Kwik Save Inc.; | |
| McLean Avenue Plaza Corp.; | Attorneys for Defendants |
| Montvale Holdings, Inc.; | Jeffrey Chubak |
| Montvale-Para Holdings, Inc.; | AMINI LLC |
| Onpoint, Inc.; | 116 West 23rd Street, Suite 500 |
| Pathmark Stores, Inc.; | New York, New York 10011 |
| Plainbridge LLC; | (212) 497-8247 |
| Shopwell, Inc.; | jchubak@aminillc.com |
| Super Fresh Food Markets, Inc.; | - and - |
| The Old Wine Emporium of Westport, Inc.; | Joseph D. Frank |
| Tradewell Foods of Conn., Inc.; and | Jeremy C. Kleinman |
| Waldbaum, Inc. | FRANKGECKER LLP |
| | 1327 West Washington Boulevard, Suite 5G-H |
| Attorneys for Plaintiffs | Chicago, Illinois 60607 |
| David N. Crapo | (312) 276-1400 |
| GIBBONS P.C. | jfrank@fgllp.com |
| One Gateway Center | jkleinman@fgllp.com |
| Newark, New Jersey 07102 | |
| (973) 596-4523 | |
| dcrapo@gibbonslaw.com | |

Dated: January 16, 2020          Respectfully submitted,

/s/ Jeffrey Chubak
Jeffrey Chubak
AMINI LLC
116 West 23rd Street, Suite 500
New York, New York 10011
(212) 497-8247
jchubak@aminillc.com
- and -
Joseph D. Frank (admitted *pro hac vice*)
Jeremy C. Kleinman (admitted *pro hac vice*)
FRANKGECKER LLP
1327 West Washington Boulevard, Suite 5G-H
Chicago, Illinois 60607
(312) 276-1400
jfrank@fgllp.com
jkleinman@fgllp.com
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on January 16, 2020, I filed a copy of the foregoing Notice of Appeal via CM/ECF, causing a Notice of Electronic Filing of the document to be served, pursuant to Rule 9036, by e-mail on Plaintiffs' counsel David N. Crapo at the following address: dcrapo@gibbonslaw.com

/s/ Jeffrey Chubak